IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NEUROSCIENCE, INC. and
PHARMASAN LABS, INC.,

         Plaintiffs,

v.

RICHARD T. FORREST and CERULEAN
INVESTMENTS, INCORPORATION,

         Defendants.

ORDER

12-cv-813-bbc

---

At a September 5, 2013 telephonic motion hearing, the court discussed the pending motions with all parties who actually have appeared in this lawsuit. For reasons discussed at the hearing, the court GRANTED plaintiffs' motion to compel discovery (dkt. 25), with complete supplements to all discovery requests due from defendant(s) not later than September 16, 2013. As discussed at the hearing, plaintiffs' claim of false and misleading discovery responses by defendant Richard T. Forrest should be raised separately in a motion for sanctions. For pragmatic reasons, each side will bear its own costs on the motion to compel.

The court GRANTED plaintiffs' motion to amend the schedule (dkt. 29) and has entered a separate order commemorating the new dates.

The court GRANTED plaintiffs' motion for entry of a protective order (dkt. 32). Plaintiffs have agreed to submit an amended version of their proposal for the court's signature.

Entered this 5th day of September, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge