IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEUROSCIENCE, INC.
and PHARMASAN LABS, INC.,

                                                               ORDER

            Plaintiffs,

                                              12-cv-813-bbc

    v.

RICHARD T. FORREST and
CERULEAN INVESTMENTS, INCORPORATED,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       A telephone status conference was held in this case on March 7, 2014. Pamela Nissen appeared for plaintiffs. She reported that her efforts to alert defendant Richard Forrest to the conference had been unsuccessful.

       Prior to the hearing, plaintiffs filed a motion to compel the deposition of defendant Richard Forrest for the purpose of obtaining information relating to damages, in preparation for a default hearing. The motion will be GRANTED. Plaintiffs' counsel will try to reach an agreement with defendant on a mutually agreeable time when he will appear for a deposition no later than the week of March 24, 2014. Following completion of defendant Forrest's deposition, the court will schedule a hearing to determine damages.

ORDER

IT IS ORDERED that the motion to compel discovery, dkt. #85, filed by plaintiffs Neuroscience Inc., and Pharmasan Labs, Inc. is GRANTED. Plaintiffs' counsel shall attempt to arrange a mutually convenient time for defendant to appear for a deposition no later than the week of March 24, 2014.

Entered this 7th day of March, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge