IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEUROSCIENCE, INC.
and PHARMASAN LABS, INC.,

                                        ORDER

        Plaintiffs,

                                      12-cv-813-bbc

    v.

RICHARD T. FORREST and
CERULEAN INVESTMENTS, INCORPORATED,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to my attention that docket no. 97 was inadvertently omitted from the documents listed in the April 16, 2014 order, dkt. #103, that should be unsealed. Accordingly, the clerk of court is directed to UNSEAL docket no. 97.

Entered this 25th day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge