IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEUROSCIENCE, INC.
and PHARMASAN LABS, INC.,

                                                                               ORDER

                Plaintiffs,

                                                       12-cv-813-bbc

   v.

RICHARD T. FORREST and
CERULEAN INVESTMENTS, INCORPORATED,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case is scheduled for a court trial on damages on June 2, 2014. Plaintiffs Neuroscience, Inc. and Pharmasan Labs, Inc. have filed a letter in which they "request that this matter may be considered through written submissions." Dkt. #107. Plaintiff do not explain how disputed issues can be resolved without a trial, so I am denying their request. Of course, the parties are free to stipulate to an amount of damages, but plaintiffs do not suggest that defendant Richard Forrest is willing to do that.

      In anticipation of the trial, plaintiffs should submit a memorandum in which they identify the amount of damages they seek and the basis for that amount.

ORDER

IT IS ORDERED that

1. The request filed by plaintiffs Neuroscience, Inc. and Pharmasan Labs, Inc. to resolve their damages claim through written submissions, dkt. #107, is DENIED.

2. Plaintiffs may have until May 30, 2014, to submit a memorandum identifying the amount of damages they seek and the basis for that amount. In particular, plaintiffs should explain how defendant Richard Forrest's actions alleged in the complaint caused their damages and how the damages are tied to violations of a particular right.

Entered this 28th day of May, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge