IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEUROSCIENCE, INC. and
PHARMASAN LABS, INC.,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        12-cv-813-bbc

v.

RICHARD T. FORREST and
CERULEAN INVESTMENTS,
INCORPORATED,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding damages to plaintiffs Neuroscience, Inc. and Pharmasan Labs, Inc. in the amount of $548,477.32 against Richard T. Forrest and Cerulean Investments, Incorporated, who are in default.

Approved as to form this 2d day of June, 2014.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_        6/3/14
Peter Oppeneer, Clerk of Court    Date