IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEUROSCIENCE, INC.
and PHARMASAN LABS, INC.,

                              ORDER

            Plaintiffs,

                            12-cv-813-bbc

    v.

RICHARD T. FORREST and
CERULEAN INVESTMENTS,
INCORPORATED,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Richard Forrest has submitted a letter to the court in this closed case, suggesting that plaintiffs may file motions in the case to garnish his gross income. No such motions have been filed to date. If and when they are filed, defendant will have an opportunity to be heard on them. In the meantime, this court will not take any action on the motions.

ORDER

      IT IS ORDERED that defendant Richard T. Forrest's motion to dismiss certain motions that may be filed in the future by plaintiffs Neuroscience, Inc. and Pharmasan Labs,

1

Inc., is DENIED as premature.

Entered this 14th day of December, 2015.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge